**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                        NORTHERN DISTRICT OF CALIFORNIA
8
9  SIMI MANAGEMENT CORPORATION,          No. C-11-05573 DMR
10              Plaintiff(s),            **ORDER CONTINUING CASE**
                                         **MANAGEMENT CONFERENCE**
11        v.
12 BANK OF AMERICA CORPORATION,
13              Defendant(s).
   _____/
14
15 TO ALL PARTIES AND COUNSEL OF RECORD:
16        The Case Management Conference previously scheduled for December 5, 2012 has been
17 CONTINUED to **January 10, 2013 at 11:00 a.m.**,  Courtroom 4, 3rd Floor, U.S. District Court,
18 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
19 **January 3, 2013.**
20        IT IS SO ORDERED.
21
22 Dated:  November 30, 2012
23                                       _____
24                                       DONNA M. RYU
                                         United States Magistrate Judge
25
26
27
28