**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMI MANAGEMENT CORPORATION,

        Plaintiff(s),

    v.

BANK OF AMERICA CORPORATION,

        Defendant(s).
_____/

No. C-11-05573 DMR

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Case Management Conference previously scheduled for December 5, 2012 has been CONTINUED to **January 10, 2013 at 11:00 a.m.**,  Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **January 3, 2013.**

      IT IS SO ORDERED.

Dated:  November 30, 2012

                              _____
                              DONNA M. RYU
                              United States Magistrate Judge