UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMI MANAGEMENT CORPORATION,<br><br>    Plaintiff(s),<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>    Defendant(s).<br>_____/ | No. C 11-05573 DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING HEARING FOR JOINT DISCOVERY LETTER [DOCKET NO. 47]** |

      The Initial Case Management Conference previously scheduled for January 10, 2013 has been CONTINUED to **February 14, 2013 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than February 8, 2013**.**

      The court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 47.] You are hereby notified that a hearing regarding the dispute is set for January 10, 2013 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. Following the hearing, lead counsel shall be prepared to meet and confer in the courthouse regarding all remaining discovery disputes.

      IT IS SO ORDERED.

Dated: January 4, 2013

_____
DONNA M. RYU
United States Magistrate Judge