MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
KURT C. WENDLENNER (State Bar No. 238434)
kcw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMI MANAGEMENT CORPORATION, dba CONNELL AUTO CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., originally sued as BANK OF AMERICA CORPORATION,<br><br>Defendant. | Case No. 4:11-cv-05573-DMR<br><br>Amended<br>[~~PROPOSED~~] ORDER (1) ENLARGING PAGE LIMITS FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, (2) EXTENDING TIME FOR DEFENDANT TO FILE ITS REPLY BRIEF, AND (3) ACCEPTING PLAINTIFF'S LATE FILED OPPOSITION TO SUMMARY JUDGMENT AS TIMELY |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING HEREIN, IT IS ORDERED THAT

(A) Plaintiff Simi Management Corporation's brief and documents filed on January 11, 2013 in opposition to summary judgment shall be deemed timely filed;

(B) Defendant Bank of America, N.A. shall be allowed up to seventeen (17) ~~twenty (20)~~ pages for its Reply Memorandum In Support of Motion For Summary Judgment, Or In The Alternative, Summary Adjudication; and

70001.0066/2526060.1                                                                                              4:11-cv-05573-DMR
                                                                                                        [~~PROPOSED~~] ORDER

1   (C) The deadline for such Reply shall be extended from January 17, 2013 to January 28,
2   2013 by 9:00 a.m.

4   **IT IS SO ORDERED.**

6   DATED: January 14, 2013

_____
The Honorable Donna M. Ryu
United States District Court Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*