DONALD J. PUTTERMAN (BAR NO. 90822)
WILLIAM A. LOGAN, JR. (BAR NO. 115042)
ANTHONY D. GILES (BAR NO. 178876)
PUTTERMAN LOGAN & GILES LLP
580 California Street, 16th Floor
San Francisco, CA 94104

Mail service address:
2175 N. California Blvd, Suite 805
Walnut Creek, California 94596

Tel: (415) 839-8779
Fax: (415) 376-0956
E-mail: wlogan@plglawyers.com

Attorneys for Plaintiff
Simi Management Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMI MANAGEMENT CORPORATION, dba CONNELL AUTO CENTER,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | No. 4:11-cv-05573-DMR<br><br>[PROPOSED] ORDER GRANTING IN PART MOTION TO COMPEL OF PLAINTIFF SIMI MANAGEMENT CORP AND ORDERING FURTHER MEET AND CONFER<br><br>Date: January 10, 2013<br>Time: 11:00 a.m.<br><br>Before the Honorable Donna M. Ryu |

Pursuant to this Court's Standing Order revised as of July 3, 2012, the Motion of Plaintiff Simi Management Corp., dba Connell Auto Center ("Connell Auto") to Compel Production of Documents by defendant Bank of America, N.A. ("BofA") was submitted pursuant to a Joint Letter filed December 21, 2012. Pursuant to this Court's order issued January 4, 2013, a hearing was held on January 10, 2013, at 11:00 a.m., with lead trial counsel for each of the parties appearing. Neither of the parties requested further briefing and following oral argument, the Court announced the following rulings:

1. Connell Auto's motion was granted as to Request Numbers 1 – 3 except that they are limited to the period of November 1, 2001, to and including August 2007. The Court rejected BofA's argument that any of the responsive materials are subject to the privilege for Suspicious Activity Reports;

2. The Court ruled that the documents requested by Request Numbers 4 – 27 are relevant for the period of November 1, 2001, to and including the present, yet the Court is also sensitive to the potential burden on BofA in searching for responsive documents. Accordingly, the Court orders counsel for the parties to further meet and confer regarding these requests in order to determine ways that the requests could be reframed and/or limited so as to minimize the burden on BofA and report back to the Court in a further joint letter on or before Friday, January 18, 2013;

3. Connell Auto's motion was granted as to Request Numbers 28 – 31 and the Court overruled BofA's blanket objection based on the privilege for Suspicious Activity Reports. BofA shall produce all documents responsive to Request Number 28 – 31, subject to only the following exceptions: (a) Suspicious Activity Reports; (b) drafts of Suspicious Activity Reports; and (c) references in any other documents to Suspicious Activity Reports, said documents to be produced subject with redactions for only references to a Suspicious Activity Report or the absence of a Suspicious Activity Report.

IT IS SO ORDERED.

Dated: January 16, 2013

DONNA M. RYU
United States Magistrate Judge