**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   SIMI MANAGEMENT CORPORATION,          No. C 11-05573 DMR

12              Plaintiff(s),              **ORDER FOR SUPPLEMENTAL**
                                           **BRIEFING**
13          v.

14   BANK OF AMERICA CORPORATION,

15              Defendant(s).
     _____/
16

17          The court orders the parties to file by 4:00 p.m. on February 1, 2013 enlarged, **legible** copies

18   of the documents found in Exhibits D, E, and F of the Lee Declaration.

19

20          IT IS SO ORDERED.

21

22   Dated:  January 29, 2013

23                                         _____
                                           DONNA M. RYU
24                                         United States Magistrate Judge

25

26

27

28