**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMI MANAGEMENT CORPORATION, | No. C 11-05573 DMR |
| Plaintiff(s), | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant(s). | |

The court orders the parties to file by 4:00 p.m. on February 1, 2013 enlarged, **legible** copies of the documents found in Exhibits D, E, and F of the Lee Declaration.

IT IS SO ORDERED.

Dated: January 29, 2013

DONNA M. RYU
United States Magistrate Judge