**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10
11   SIMI MANAGEMENT CORPORATION,          No. C-11-05573 DMR

12                Plaintiff(s),             **ORDER DENYING DISCOVERY
                                            LETTER AND ORDERING PARTIES
13          v.                              TO MEET IN CONFER**

14   BANK OF AMERICA CORPORATION,

15                Defendant(s).
                                    /
16

17          The court denies the parties' discovery letters, [Docket Nos. 80, 81], for not abiding by the

18   court's joint discovery letter process.  The court further orders the parties to meet and confer on all

19   remaining discovery disputes in person on February 20, 2013 in the Court's attorney lounge (1301

20   Clay Street, Oakland, CA, Fourth Floor), commencing at 9:00 a.m.  This order does not indicate the

21   court's willingness to hear untimely discovery motions.

22

23          IT IS SO ORDERED.

24

25   Dated:  February 14, 2013

26

27                                          DONNA M. RYU
                                            United States Magistrate Judge

28