UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMI MANAGEMENT CORPORATION,

    Plaintiff(s),

v.

BANK OF AMERICA CORPORATION,

    Defendant(s).
_____/

No. C-11-05573 DMR

**ORDER DENYING DISCOVERY LETTER AND ORDERING PARTIES TO MEET IN CONFER**

The court denies the parties' discovery letters, [Docket Nos. 80, 81], for not abiding by the court's joint discovery letter process. The court further orders the parties to meet and confer on all remaining discovery disputes in person on February 20, 2013 in the Court's attorney lounge (1301 Clay Street, Oakland, CA, Fourth Floor), commencing at 9:00 a.m. This order does not indicate the court's willingness to hear untimely discovery motions.

IT IS SO ORDERED.

Dated: February 14, 2013



DONNA M. RYU
United States Magistrate Judge