United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11   SIMI MANAGEMENT CORPORATION,              No. C-11-05573 DMR
12              Plaintiff(s),                   **ORDER DENYING DISCOVERY
                                                LETTER AND ORDERING PARTIES
13        v.                                    TO MEET IN CONFER**
14   BANK OF AMERICA CORPORATION,
15              Defendant(s).
                                             /
16
17        The court denies the parties' discovery letters, [Docket Nos. 80, 81], for not abiding by the
18   court's joint discovery letter process. The court further orders the parties to meet and confer on all
19   remaining discovery disputes in person on February 20, 2013 in the Court's attorney lounge (1301
20   Clay Street, Oakland, CA, Fourth Floor), commencing at 9:00 a.m. This order does not indicate the
21   court's willingness to hear untimely discovery motions.
22
23        IT IS SO ORDERED.
24
25   Dated: February 14, 2013
26
                                                    DONNA M. RYU
27                                                  United States Magistrate Judge
28

