UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMI MANAGEMENT CORPORATION, | No. C-11-05573 DMR |
| Plaintiff(s), | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant(s). | |

The court hereby orders the parties to each submit by no later than noon on February 22, 2013 supplemental briefing on the following issues:  1) how knowledge is imputed from individuals (e.g., tellers and other bank personnel) to an entity, such as a bank, and 2) how the imputation of knowledge to Defendant Bank of America, N.A. is reflected in the record before the court.

IT IS SO ORDERED.

Dated: February 15, 2013

DONNA M. RYU
United States Magistrate Judge