**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMI MANAGEMENT CORPORATION,  No. C-11-05573 DMR

    Plaintiff(s),

    v.  **ORDER TO SUBMIT JOINT STATUS STATEMENT**

BANK OF AMERICA CORPORATION,

    Defendant(s).
_____/

A minute entry issued by Judge Corley dated April 16, 2013 indicated that the parties have settled. [Docket No. 93.] However, the pretrial conference remains set for May 15, 2013 before this court. The parties are ordered to submit a joint status statement by May 13, 2013.

IT IS SO ORDERED.

Dated: May 8, 2013

_____
DONNA M. RYU
United States Magistrate Judge