UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMI MANAGEMENT CORPORATION, | No. C-11-05573 DMR |
| Plaintiff(s), | |
| v. | **ORDER TO SUBMIT JOINT STATUS STATEMENT** |
| BANK OF AMERICA CORPORATION, | |
| Defendant(s). | |

A minute entry issued by Judge Corley dated April 16, 2013 indicated that the parties have settled. [Docket No. 93.] However, the pretrial conference remains set for May 15, 2013 before this court. The parties are ordered to submit a joint status statement by May 13, 2013.

IT IS SO ORDERED.

Dated: May 8, 2013

_____
DONNA M. RYU
United States Magistrate Judge