UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMI MANAGEMENT CORPORATION,<br><br>        Plaintiff(s),<br><br>    v.<br><br>BANK OF AMERICA CORPORATION,<br><br>        Defendant(s).<br>_____/ | No. C-11-05573 DMR<br><br>**ORDER VACATING PRETRIAL CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint case management statement dated May 13, 2013. [Docket No. 95.] In light of the statement, the pretrial conference previously set for 3 p.m. on May 15, 2013 is hereby VACATED. The parties are ordered to file a status report by May 25, 2013, unless a dismissal is filed before then.

IT IS SO ORDERED.

Dated: May 13, 2013

_____
DONNA M. RYU
United States Magistrate Judge