UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMI MANAGEMENT CORPORATION, | No. C-11-05573 DMR |
| Plaintiff(s), | **ORDER VACATING PRETRIAL CONFERENCE** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint case management statement dated May 13, 2013. [Docket No. 95.] In light of the statement, the pretrial conference previously set for 3 p.m. on May 15, 2013 is hereby VACATED. The parties are ordered to file a status report by May 25, 2013, unless a dismissal is filed before then.

IT IS SO ORDERED.

Dated: May 13, 2013

DONNA M. RYU
United States Magistrate Judge